| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Timothy P. Neumann, Esq. [TN6429]<br>Broege, Neumann, Fischer & Shaver, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>(732) 223-8484<br>tneumann@bnfsbankruptcy.com<br><br>*Attorneys for Debtors-in-Possession* | Order Filed on September 20, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SHABSI BRODY AND LUB BRODY<br><br>        Debtors. | Case No.: 16-24242<br><br>Chapter 11<br><br>Judge: Kathryn C. Ferguson<br><br>Hearing Date: 8/22/2017 |

**ORDER AUTHORIZING THE SALE OF REAL PROPERTY KNOWN AS 19 SHILO ROAD, LAKEWOOD,, OCEAN COUNTY, NEW JERSEY FREE AND CLEAR OF LIENS WITH VALID LIENS TO ATTACH TO PROCEEDS OF SALE**

Recommended Local Form: ☐Followed  ■ Modified

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED**.

**DATED: September 20, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:  Shabsi Brody and Luba Brody
Case No.:  16-24242
Caption of Order:    Order Approving Sale of Real Property

___

Upon consideration of the application/motion of the Debtors, Shabsi Brody and Luba Brody (the "**Motion**"), for an order authorizing the sale of **19 SHILO ROAD, LAKEWOOD, OCEAN COUNTY, NEW JERSEY** (the "Property"), and good cause appearing therefore, it is hereby ORDERED as follows:

1. Pursuant to 11 U.S.C. §§363(b) and 1303, the Debtor is authorized to sell the Property on the terms and conditions of the contract of sale as modified.

2. The proceeds of sale must be used to satisfy the liens for real estate taxes and other municipal liens. Until such satisfaction the real property is not free and clear of those liens. The sale is free and clear of the liens set forth on Schedule A annexed hereto and the tax liens of the United States of America, which liens shall attach to the proceeds of sale.

3. In accordance with D.N.J. LBR 6004-5, the Motion and the *Notice of Proposed Private Sale* included a request to pay the real estate broker(s) identified below at closing. Therefore the following professional(s) may be paid at closing.

| Name of professional: | Amount to be paid: | Services rendered: |
|---|---|---|
| Partners Realty Group | 3% | Listed and marketed property |
| Partners Realty Group | 3% | Produced buyer |

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_-0-_____ claimed as exempt may be paid to the Debtor, provided that all liens are first satisfied or avoided by an order of this court.

6. This Court shall retain jurisdiction to enforce and implement the provision of this Order and to resolve any dispute concerning the sale of the Property, or the rights and duties of all interested parties.

Debtor:  Shabsi Brody and Luba Brody
Case No.:  16-24242
Caption of Order:    Order Approving Sale of Real Property

_____

7. This Order may be recorded with the County Clerk to evidence that the Property was authorized to be sold.

8. Proper, timely, adequate and sufficient notice of the sale has been provided in accordance with 11 U.S.C. §§ 102, 105(a) and 363 and Rules 2002, 6004 and 9014 of the Bankruptcy, such notice was good and sufficient, and appropriate under the particular circumstances, and no other or further notice of the Sale shall be required

9. The 14-day stay of Bankr. Rule 6004(h) does not apply and the sale of the Property can be consummated upon entry of this Order.

10. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

11. The amount of $_-0-_____ claimed as exempt may be paid to the Debtor, provided that all liens are first satisfied or avoided by an order of this court.

12. This Court shall retain jurisdiction to enforce and implement the provision of this Order and to resolve any dispute concerning the sale of the Property, or the rights and duties of all interested parties.

13. This Order may be recorded with the County Clerk to evidence that the Property was authorized to be sold. .

14. The transfer of the Real Property to the purchaser pursuant to the terms herein constitutes a legal, valid, and effective transfer of the Real Property, and shall vest the purchaser with all right, title, and interest of the Debtor and Debtor-in-Possession in and to the Real Property free and clear of all liens, claims, encumbrances and interests of any kind or nature whatsoever, including without limitation the liens, claims and encumbrances set forth on Schedule A annexed hereto:

Debtor:   Shabsi Brody and Luba Brody
Case No.:  16-24242
Caption of Order:   Order Approving Sale of Real Property

_____

15. The reversal or modification on appeal of the authorization provided herein to consummate the sale shall not affect the validity of the sale to the Purchaser, unless such authorization is duly stayed pending such appeal.

16. The Purchaser is a buyer in good faith of the Real Property and is entitled to all of the protections afforded by section 363(m) of the Bankruptcy Code; and it is further

Debtor:   Shabsi Brody and Luba Brody
Case No.:  16-24242
Caption of Order:   Order Approving Sale of Real Property

___

### SCHEDULE A

A. **MORTGAGE:** Shabsi Brody and Luba Brody TO MERS, as nominee for Fairmont Funding, LTD, Dated 2/5/2008, Recorded 3/3/2008 in Mortgage Book 13933, Page 0671. To Secure $303,200.00.
B. **ASSIGNMENT OF MORTGAGE:** to GMAC Mortgage, Llc, recorded 8/4/2009 in Book 14374 Page 580.
C. **LIS PENDENS** vs. Shabsi Brody and Luba Brody Docket no. F-33241-09 recorded 8/18/2009 in Book 14388 and Page 96.
D. **ASSIGNMENT OF MORTGAGE:** to Green Tree Servicing Llc, recorded 9/13/2013 in Book 15638 Page 1999.
E. **LIS PENDENS** vs. Shabsi Brody and Luba Brody Docket no. F-33241-09 recorded 9/11/2015 in Book 16186 and Page 1685.
F. **ASSIGNMENT OF MORTGAGE:** to MTGLQ, L.P., recorded 9/7/2016 in Book 15499 Page 1362.
G.  **MORTGAGE:** Shabsi Brody and Luba Brody TO TD Bank, N.A., Dated 12/18/2008, Recorded 1/23/2009 in Mortgage Book 14193, Page 1638. To Secure $200,000.00
H. The Tax Collector, Township of Lakewood, Ocean County, New Jersey may have a lien on the Subject Property for unpaid municipal taxes, water and sewer charges.
I. The Lakewood Municipal Utilities Authority, with an address of 390 New Hampshire Avenue, d, NJ 08701, has or may have a lien(s) for unpaid water and/or sewer charges.

J. SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-236090-2014
CASE NUMBER: L 002803-13
DATE ENTERED: 012/05/2014 DATE SIGNED: 10/28/2014
TYPE OF ACTION: BOOK ACCOUNT
VENUE: OCEAN
DEBT: $ 27,817.29
COSTS: $ 324.40
CREDITOR(S): **BANCO POPULAR NORTH AMERICA**
ATTORNEY: RAGAN & RAGAN
DEBTOR(S): SHABSI BRODY t/a BNM ASSOCIATES, LLC

K.   SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ 004236-2014 CASE NUMBER: DC-011835-12
DATE ENTERED: 01/07/14 DATE SIGNED: 06/10/13
TYPE OF ACTION: CONTRACT-REG
VENUE: OCEAN
DEBT: $5,760.00
COSTS: $8.00
INT:  $1.24     DCKG: $10.00
CREDITOR(S): **BANCO POPULAR NORTH AMERICA**
ATTORNEY: MORGAN BORNSTEIN & MORGAN
DEBTOR(S): SHABSI BRODY t/a BNM ASSOCIATES, LLC

Debtor:   Shabsi Brody and Luba Brody
Case No.:   16-24242
Caption of Order:   Order Approving Sale of Real Property

_____

    L.    SUPERIOR COURT OF NEW JERSEY
          JUDGMENT NUMBER: J-165890-2014 CASE NUMBER: L-002804-13
          DATE ENTERED: 09/04/2014 DATE SIGNED: 05/19/2014
          TYPE OF ACTION:  BOOK ACC
          VENUE: OCEAN
          DEBT: $56,631.29
          COSTS: $313.60
          CREDITOR(S): **BANCO POPULAR NORTH AMERICA**
          ATTORNEY:  RAGAN & RAGAN
          DEBTOR(S): SHABSI BRODY t/a BNM ASSOCIATES, LLC

    M.    SUPERIOR COURT OF NEW JERSEY
          JUDGMENT NUMBER: J-065067-2011
          DATE DOCKETED: 03/02/2011 DATE SIGNED10/12/2010
          TYPE OF ACTION: BOOK ACCOUNT
          VENUE: BERGEN
          $ 225,150.45
          COSTS: $ 240.00
          CREDITOR(S): **TD BANK NA**
          ATTORNEY: WINNE BANTA HETHERINGTON ET ALS
          DEBTOR(S): SHABSI BRODY LUBA BRODY, STERLINGCOMM CORP
                 J&S

    N.    SUPERIOR COURT OF NEW JERSEY
          JUDGMENT NUMBER: DJ-050323-2015
          DATE DOCKETED: 03/24/2015
          VENUE: OCEAN     DEBT: $5,720.15
          CREDITOR(S): **BANCO POPULAR NORTH AMERICA**
          ATTORNEY: MORGAN BORNSTEIN & MORGAN
          DEBTOR: LUBA BRODY & STERLING COMM CORP